# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00698-CV

### In re Abbott Laboratories

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). We lift the stay of the trial-court proceedings.

_____

Cindy Olson Bourland, Justice

Before Chief Justice Rose, Justices Puryear and Bourland

Filed: December 21, 2018